

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-4-2003

# Dean Witter Reynolds v. Druz

Precedential or Non-Precedential: Precedential

Docket No. 01-3890P

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Dean Witter Reynolds v. Druz" (2003). *2003 Decisions.* Paper 294.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/294

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

NO.  01-3890

DEAN WITTER REYNOLDS, INC.


v.

DAN A. DRUZ,

<u>Appellant</u>
_____

On Appeal From the United States District Court
For the District of New Jersey
(D.C. No. 00-cv-2564)
District Judge: Honorable Anne E. Thompson

Argued: November 5, 2002

Before: BECKER, <u>Chief Judge</u>,[*] McKEE and HILL,[**]
<u>Circuit Judges</u>.


ORDER


     The petition for panel rehearing is granted.  See *Howsam v. Dean Witter Reynolds, Inc.*, 537 U.S. 79 (2002), which overturned precedent, i.e., *PaineWebber v. Hartmann*, 921 F. 2d 507 (3rd Cir. 1990), upon which the panel opinion filed 2/27/03 was partially predicated.  The panel opinion is hereby vacated and a revised opinion is filed contemporaneously herewith.

_____

[*]Judge Becker's term as Chief Judge ended on May 4, 2003.

[**]The Honorable James C. Hill, United States Circuit Judge for the Eleventh Circuit Court of Appeals, sitting by designation.

BY THE COURT:


/s/ Judge Edward R. Becker
Circuit Judge


DATED: August 4, 2003
RLS/cc: Honorable Anne E. Thompson
      Mr. Dan A. Druz
      Edward S. Nathan, Esq.